BTXN 094 (rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:  Matthew Bateman § § § § § § § Case No.: 17-32081

Debtor(s)

**FILED**
**MAY 30 2017**
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.
- ☐ adds entities not listed on previously filed mailing list(s).
- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).
- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

05/30/2017
Date

Signature of Attorney (if applicable)

/s/ Matthew Bateman
Signature of Debtor

-3252
Debtor's Social Security *(last four digits only)* /Tax ID No.

Signature of Joint Debtor (if applicable)

Joint Debtor's Social Security *(last four digits only)* /Tax ID No.

## CREDITOR MAILING LIST

**1. TD Finance**
**PO Box 9223**
**Farmington, MI 48333**

**2. Great Lake Student Loans**
**2401 International Lane**
**PO Box 7859**
**Madison, WI 53704**

**3. Verizon Wireless**
**PO Box 26055**
**Minneapolis, MN 55426**

**4. Amco Systems**
**PO Box 21625**
**Columbia, SC 29221**

**5. Capital One**
**PO Box 30281**
**Saltlake City, UT 84130**