**Office of the Standing Chapter 13 Trustee**
**125 E John Carpenter Freeway**
**Suite 1100 11th Floor**
**Irving, TX  75062**
**(214) 855-9200 / (214) 965-0757  (Fax)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | Case No:  17-32081-BJH-13 |
| MATTHEW DEION BATEMAN | |
| Debtor | Pre-Hearing Date:  April 05, 2018 |

Notice of Pre-Hearing Conference and Hearing on
"Trustee's Recommendation Concerning Claims, Objection to Claims and Plan
Modification (if required)"

TO:     ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) ("TRCC") will be held at **8:30 a.m.** on **April 05, 2018** at 105 DECKER COURT, SUITE 120, 1ST FLOOR, IRVING, TX 75062.

Any objection to the Pleading not resolved or defaulted at the Trustee's pre-hearing conference will be heard by the Court at 2:00 p.m. on the same day at 1100 Commerce Street, Fourteenth Floor, Dallas, Texas.

Pursuant to General Order 2017-01, unless an objection is timely filed as to the treatment of any claim or modification, the claim or modification will be allowed or approved as described in the TRCC, and such treatment will be final and binding on all parties.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON ANY AFFECTED CREDITORS AND ON THE FOLLOWING PARTIES NO LATER THAN 02/16/2018.

| | |
|---|---|
| Debtor: | MATTHEW DEION BATEMAN, 1325 FOREST CREEK DRIVE, DESOTO, TX  75115 |
| Attorney: | ALLMAND LAW FIRM PC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX  76054 |
| Court: | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75202 |
| Trustee: | TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062 |

By: /s/ Thomas D. Powers

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

Case # 17-32081-BJH-13 Page 2
**MATTHEW DEION BATEMAN**
 **Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)**

---

### Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)" and "Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

Debtor: Matthew Deion Bateman, 1325 Forest Creek Drive, Desoto, Tx 75115
Attorney: Allmand Law Firm Pc, 860 Airport Freeway Suite 401, Hurst, Tx 76054**
Creditor(s): Amco Systems, Po Box 21625, Columbia, Sc 29221
 Amcol Systems Inc, Po Box 21625, Columbia, Sc 29221
 Ashley Funding Services Llc, Resurgent Capital Services, Po Box 10587, Greenville, Sc 29603-0587**
 Attorney General Of Texas, Oag Csd Mail Code 38, Po Box 12017, Austin, Tx 78711-2017**
 Baylor Univ Medical Ctr, C/O Creditors Bankruptcy Service, Po Box 800849, Dallas, Tx 75380
 Capital One, Po Box 85064, Glen Allen, Va 23058
 Credit Systems Intl In, 1277 Country Club Ln, Fort Worth, Tx 76112
 Edward Brown, 4763 Clover Haven, Dallas, Tx 75227
 Great Lakes Student Loan, 2401 International Lane, Madison, Wi 53704
 Internal Revenue Service, Po Box 7317, Philadelphia, Pa 19101-7317**
 Internal Revenue Service, Po Box 7346, Philadelphia, Pa 19101-7346**
 Linebarger Goggan Blair Et Al, 2323 Bryan St Ste 1600, Dallas, Tx 75201-2644**
 Portfolio Recovery Associates, By Pra Receivables Management, Po Box 12914, Norfolk, Va 23541**
 Portfolio Recovery Associates, By Pra Receivables Management, Po Box 41067, Norfolk, Va 23541**
 State Comptroller, Revenue Accounting Div Bankrup, Po Box 13528, Austin, Tx 78711**
 Td Auto Finance Llc, Po Box 16041, Lewiston, Me 04243
 Td Auto Finance Llc, Po Box 551080, Jacksonville, Fl 32255
 Td Auto Finance, Po Box 9223, Farmington Hills, Mi 48333
 Texas Alcoholic Beverage Comm, Licenses And Permits Division, Po Box 13127, Austin, Tx 78711-3127**
 Texas Employment Commission, Tec Building Bankruptcy, 101 E 15Th Street, Austin, Tx 78778**
 United Revenue Corp, 204 Billings St, Ste 120, Arlington, Tx 76010
 Us Dept Of Ed-Glelsi, Po Box 7860, Madison, Wi 53707
 Verizon Wireless, Po Box 26055, Minneapolis, Mn 55426
 Verizon, By American Infosource Lp As Agent, 4515 N Santa Fe Ave, Oklahoma City, Ok 73118
 Verizon, By American Infosource Lp As Agent, Po Box 248838, Oklahoma City, Ok 73124-8838
 Wilcox Law Pllc, Po Box 201849, Arlington, Tx 76006**

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated: 01/17/2018     By: /s/ Thomas D. Powers
     Thomas D. Powers, Chapter 13 Trustee
     State Bar No. 16218700

Case # 17-32081-BJH-13 Page 3
MATTHEW DEION BATEMAN
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:     Case No: 17-32081-BJH-13
**MATTHEW DEION BATEMAN**
    Debtor     Hearing Date: April 05, 2018

**Trustee's Recommendation Concerning Claims, Objection to Claims and
Plan Modification (if required)**

The Trustee hereby objects to the following claims for the reason(s) indicated, pursuant to Bankruptcy Rule 3007:

**I.**

**OBJECTION -- NO PROOF OF CLAIM FILED**

The following creditors were scheduled by the Debtor. No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a). The "bar date" for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED.

| T'ee # | Creditor's Name | Class | Sched Amount |
|---|---|---|---|
| 4 | AMCOL SYSTEMS INC | Unsecured | $1,159.00 |
| 8 | AMCOL SYSTEMS INC | Unsecured | $801.00 |
| 11 | CREDIT SYSTEMS INTL IN | Unsecured | $52.00 |
| 20 | UNITED REVENUE CORP | Unsecured | $1,254.00 |
| 21 | US DEPT OF ED-GLELSI | Unsecured | $9,181.00 |
| 24 | CREDIT SYSTEMS INTL IN | Unsecured | $46.00 |
| 25 | UNITED REVENUE CORP | Unsecured | $423.00 |

**II.**

**SPECIFIC OBJECTIONS**

The Trustee hereby objects to the following claims, for the reason(s) indicated in Column 7. The claims should be ALLOWED/DISALLOWED as indicated in Column 4 for the amount and class indicated in Columns 5 and 6 respectively.

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 |
|---|---|---|---|---|---|---|---|
| Pacer # | Creditor Name | Claim Amount | Allow/ Disallow | Amount | Class | Reason (See Below) | T'ee # |
| | *** NONE *** | | | | | | |

**CODE: "REASON(S)" FOR CLAIM OBJECTION**

*** NONE ***

Case # 17-32081-BJH-13  
MATTHEW DEION BATEMAN  
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

Page 4

## III.

### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class listed below.

| T'ee Clm # | DSO Creditors | Comment | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Mortgage Arrears and Conduit Creditors | Collateral | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Secured 910 Creditors - No Cram Down | Collateral | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Secured Creditors | Collateral | Claim Amount | Value | % | Paid By |
|---|---|---|---|---|---|---|
| 1 | TD AUTO FINANCE LLC | 07 DODGE RAM 1500 | $9,839.72 | $12,775.00 | 5.25 | Trustee |

| T'ee Clm # | Secured Creditors - Surrendered | Collateral | Claim Amount | Value | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Secured Creditors - Paid Direct | Collateral | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Priority Creditors | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Unsecured - Special Class Creditors | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Executory Contracts/ Unexpired Leases | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Unsecured Creditors | Comment | Claim Amount |
|---|---|---|---|
| 5 | PORTFOLIO RECOVERY ASSOCIATES | CAPITAL ONE BANK | $351.21 |
| 22 | VERIZON | | $494.23 |
| 26 | BAYLOR UNIV MEDICAL CTR | | $442.37 |
| 29 | ASHLEY FUNDING SERVICES LLC | REIMBURSEMENT TECH/CENTURY INTEGRA | $1,486.00 |

## IV.

### PLAN MODIFICATION, subject to feasibility

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2017-01, the Trustee requests the following Modification of the Debtor Confirmed Plan, subject to feasibility, herein:

- Change monthly payment amount from $348.00 per month to $348.00 X 30; $144.00 X 22. This payment change will begin with the payment due on 02/28/2018; and

**Case # 17-32081-BJH-13**  Page 5
**MATTHEW DEION BATEMAN**
 Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

- The above change(s) will result in a new "BASE AMOUNT" of $16,024.00 (total due to Trustee under Plan, if all payments timely made).

### Reason for Modification

The modification is requested for the following reason(s):

- To cure an insufficient plan.

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700