


CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 4, 2018**

**United States Bankruptcy Judge**

In the United States Bankruptcy Court
For the Northern District of Texas
DALLAS DIVISION

In Re:
MATTHEW DEION BATEMAN
Debtor

Case No. 17-32081-BJH-13

**Order Dismissing Chapter 13 Case Pursuant to General Order 2017-01
Without Prejudice**

On representation of the Standing Chapter 13 Trustee as evidenced by the signature below that the Debtor failed to timely pay the Trustee one or more post-confirmation specified in the Debtor's Confirmed Final Plan and that 17 days written notice of such failure was given to Debtor and Attorney for Debtor, if any, prior to submission.

**IT IS THEREFORE, FURTHER ORDERED** that this case is hereby **DISMISSED** pursuant to General Order 2017-01 and that all debts due and owing creditors as of this date are NOT DISCHARGED or affected in any manner by this order.

**### End of Order ###**

Approved: /s/ Thomas D. Powers

Thomas D. Powers, Trustee
State Bar # 16218700
Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX 75062
(214) 855-9200 / (214) 965-0757 (Fax)